UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 4:11-cr-2249-TER (1) |
| | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| | ) | **ORDER** |
| LINDA AUDINO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On September 25, 2012, amended judgments[1] were entered directing, <u>inter alia</u>, that restitution be made to Cadles of Grassy Meadows in the amount of $62,045.70 by Linda Audino and Stancil Ford Shelley, jointly and severally. The court has since received a letter from Nate Svette, Account Officer for Cadles of Grassy Meadows, indicating that the loan at issue has been sold/transferred to Omaha Properties, LLC, and that all future restitution payments be sent to that company. The United States Probation Office has verified this information and that Defendant and her attorney are aware of and consent to this substitution.

Accordingly, the clerk of court is ordered to direct restitution payments made by Linda Audino and/or Stancil Ford Shelley in accordance with their respective judgments to Omaha Properties, LLC, 317 Southern Branch Drive, Myrtle Beach, South Carolina 29588. The clerk of court is directed to serve a copy of this order on all parties as well as Cadles of Grassy Meadows and Omaha Properties, LLC.

**IT IS SO ORDERED**.

Thomas E. Rogers, III
United States Magistrate Judge

July 15, 2014
Florence, South Carolina

---

[1] The original judgments were entered on September 18, 2012, and were amended only to correct a clerical error.